Joseph Davis, as Executor of Ellis Werner, Deceased, Appellant, *v.* Equitable Life Assurance Society of the United States, Respondent.

Argued March 2, 1939; decided April 4, 1939.

*Henry H. Silverman* for appellant.

*Peter C. Mann, James D. Ewing* and *Donald M. Dunn* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: O'BRIEN, J.